

July 22, 2026

Direct Dial No.: (215) 665-6918
mbleich@cozen.com

**BY CM/ECF**

The Honorable Philip M. Halpern
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas St.
White Plains, NY 10601

Re:    Estate of Jack Herbert Pechter v. Cremello Investments D, L.P., et al., No. 7:26-cv-986
(related to 7:26-cv-04834-PMH)

Dear Judge Halpern:

We write jointly on behalf of all parties in response to the Court's July 20, 2026 order

directing the parties to provide additional information relevant to Cremello Investment D, L.P.'s

citizenship for purposes of diversity jurisdiction.

After conducting a factual investigation into the questions that the Court has raised,

Cremello Investment D, L.P.'s counsel is of the following understanding:

1. Cremello Investments B, L.P. and Cremello Investments C, L.P. are the limited partners of Cremello Investments D, L.P.  Cremello Investments D, L.P. has no other limited partners.

2. Cremello Investments A, L.P. is the sole limited partner of Cremello Investments B, L.P. and the sole limited partner of Cremello Investments C, L.P.

3. Eblana QIAIF ICAV, an Irish corporation, is the sole limited partner of Cremello Investments A, L.P.

4. Cremello Investments A, L.P., Cremello Investments B, L.P., and Cremello Investments C, L.P. are all limited partnerships.

5. Cremello GP Limited, a Cayman Islands corporation, is the sole general partner of Cremello Investments A, L.P, the sole general partner of Cremello Investments B, L.P., the sole general partner of Cremello Investments C, L.P., and the sole general partner of Cremello Investments D, L.P.

6. Based on the above:

i. Cremello Investments A, L.P. is a citizen of Cayman Islands and Ireland.

ii. Cremello Investments B, L.P. is a citizen of Cayman Islands and Ireland.

iii. Cremello Investments C, L.P. is a citizen of Cayman Islands and Ireland.

iv. Cremello Investments D, L.P. is a citizen of Cayman Islands and Ireland.

We hope that the above information answers the Court's questions. We stand ready to provide the Court further information should it have any additional questions.

Dated: July 22, 2026

/s/ Matthew Bleich
Matthew Bleich (*Pro Hac Vice*)
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-2000
mbleich@cozen.com

Matthew L. Elkin
COZEN O'CONNOR
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
(212) 509-9400
melkin@cozen.com

*Attorneys for Plaintiff*

/s/ Brendan T. Carroll
Blair A. Adams
Brendan T. Carroll
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Avenue
New York, NY 10016
(212) 849-7000
blairadams@quinnemanuel.com
brendancarroll@quinnemanuel.com
alexzuckerman@quinnemanuel.com

*Attorneys for Defendants Jade Mountain Partners, LLC, Wells Fargo Bank, N.A., and Cremello Investments D, L.P.*