COZEN O'CONNOR

August 14, 2026

Direct Dial No.: (215) 665-6918
mbleich@cozen.com

**BY CM/ECF**

The Honorable Philip M. Halpern
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: Estate of Jack Herbert Pechter v. Cremello Investments D, L.P., et al., No. 7:26-cv-986 (related to 7:26-cv-04834-PMH)

Dear Judge Halpern:

Application (Doc. 41) granted in part. All defendants shall serve and file a single, joint moving brief of up to thirty double-spaced pages in length, but shall serve and file separate notices of motion. To the extent separate affidavits regarding personal jurisdiction are necessary, the contents of such affidavits shall relate only to personal jurisdiction.

Additionally, the Court modifies the briefing schedule as follows: defendants' motion to dismiss shall be served, not filed, on August 21, 2026; plaintiff's opposition shall be served, not filed, on September 21, 2026; defendants' reply, if any, shall be served on October 9, 2026; and all papers shall be filed on the reply date, October 9, 2026.

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 41.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
August 14, 2026

W … riefing schedule issued on …

D … nts Wells Fargo Bank, N. … ourt advised that if defend … to dismiss, then counsel f … rence, Cremello … a motion to dismiss f … ll parties respectfu … h will allow all motions t … er vacation plans:

- Defendants shall serve their motions to dismiss on 8/21/2026;
- oppositions shall be served on 10/12/2026;
- replies shall be served on 11/3/2026; and

- all papers shall be filed on the reply date, 11/3/2026.
- In addition, if Defendants collectively file more than one motion, Plaintiff may respond in a single omnibus brief subject to a word limit equal to three-fourths of the combined word limit that would apply to separate oppositions.

We thank the Court for its consideration of this request.

Respectfully submitted,

Dated: August 14, 2026

*<u>/s/ Matthew Bleich</u>*
Matthew Bleich (*Pro Hac Vice*)
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-2000
mbleich@cozen.com

Matthew L. Elkin
COZEN O'CONNOR
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
(212) 509-9400
melkin@cozen.com

*Attorneys for Plaintiff*

*<u>/s/ Brendan Carroll</u>*
Blair A. Adams
Brendan T. Carroll
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Avenue
New York, NY 10016
(212) 849-7000
blairadams@quinnemanuel.com
brendancarroll@quinnemanuel.com
alexzuckerman@quinnemanuel.com

*Attorneys for Defendants Jade Mountain Partners, LLC, Wells Fargo Bank, N.A., and Cremello Investments D, L.P.*